# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Jones v. Warden, USP-Allenwood | : CIVIL NO. 1:CV-05-1772 |
| Inmate: | Lamont Jones | : (Judge Conner) |
| ID Number: | 09972-007 | : |

## ORDER

On August 31, 2005, Lamont Jones, an inmate currently confined at the Allenwood United States Penitentiary, White Deer, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed in forma pauperis. By Administrative Order dated September 7, 2005, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $250.00 or filed a properly completed application to proceed in forma pauperis and an authorization form. Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

DATE:  October 13, 2005